## Department of Hous. Preserv. & Dev. of the City of N.Y. v 337-341 E. 146 Realty LLC

2025 NY Slip Op 31250(U)

April 9, 2025

Civil Court of the City of New York, Bronx County

Docket Number: Index No. 310518-24/BX

Judge: Travis J. Arrindell

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART H
------------------------------------------------------------------------X
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT OF THE CITY OF NEW
YORK,

                                Petitioner,

      -against-

337-341 EAST 146 REALTY LLC,
MOTT HAVEN GROUP LLC,
DAVID KLEINER,
YONAH ROTH,
SAM SCHEINER,

                          Respondents.

------------------------------------------------------------------------X

**Index No.:** 310518-24/BX

**DECISION/ORDER**

**SUBJECT PREMISES:**
**337 EAST 146 STREET**
**BRONX, NY 10451**

Present:         HON. TRAVIS J. ARRINDELL
                     Judge, Housing Court

Recitation, as required by CPLR §2219(A), of the papers considered in the review of Respondents' Motion to Dismiss and Petitioner's Cross-Motion for Partial Summary Judgment: Papers

Respondents' Motion (Numbered 23-26 on NYSCEF).......….....................…..….….......1
Petitioner's Cross Motion and Opposition (Numbered 27-32 on NYSCEF)....…..……..... 2
Respondents' Opposition (Numbered 33-36 on NYSCEF)....…........................…...........3
Petitioner's Reply (Numbered 37 on NYSCEF)…………………………………………. 4
Other (Numbered 8, 11, and 15-20 on NYSCEF)……………………………………….5

    Upon the foregoing cited papers, the decision/order on this motion is as follows:

### Service of the Notice of Petition and Petition

    CPLR § 308 (4) states: If personal service upon a natural person cannot be made by delivering the summons within the state upon the person to be served or by delivering the summons within the state to a person of suitable age and discretion with due diligence, then personal service maybe attained,

> by affixing the summons to the door of either the actual place of business, dwelling place or usual place of abode within the state of the person to be served and by either mailing the summons to such person at his or her last known residence or by mailing the summons by first class mail to the person to be served at his or her actual place of business.

[* 1]

A process server's affidavit indicating that they served Respondents in accordance with CPLR § 308 (4), constitutes prima facie evidence of proper service.[1] Where a defendant fails to specifically refute the contents of the affidavit of service or substantiate his conclusory allegation, the court can properly deny defendant's motion without conducting a hearing on the issues of service.[2] In addition, no traverse hearing is required where there is no sworn affidavit of denial by the party challenging service.[3]

As an initial matter, since Respondent David Kleiner ("Kleiner") is the only individual who submitted a sworn verification to the answer denying service, the remaining discussion shall only deal with the motion to dismiss as it applies to him. Without any sworn affidavits from Respondents Yonah Roth and Sam Scheiner, a traverse hearing is not required for them.[4] Additionally, since Kleiner, on behalf of the corporate Respondents 337-341 East 146 Realty LLC, and Mott Haven Group LLC, does not deny the process server's service affidavit upon them through New York's Secretary of State, it is also unnecessary to conduct a traverse hearing for the corporate Respondents.[5]

A review of the process server's affidavit for the Notice of Electronic Filing, the Order to Show Cause, and the Verified Petition with Exhibits (herein known as the "Documents") demonstrates they served Kleiner pursuant to § 308 (4). The affidavit indicates conspicuous-place service, on March 26, 2024, at 3:39 PM.[6] The process server stated he posted the documents to the door of the address at 1417 Avenue J, Brooklyn NY 11230 ("Service Address").[7] The process server stated that an individual at the service address "did not want to accept service" of the papers.[8] He stated that the documents "were posted to a 7 floor building, glass door black frame silver intercom."[9] He further stated that the documents were posted "to [the] glass building door" and described the building as having cream and gray walls, with gray flooring.[10] Finally, the process server affirmed that on March 29, 2024, he mailed true copies of the documents indicated above by first class mail.[11] The process server's affidavit appears facially sufficient and therefore raises a presumption of proper service.

Kleiner, in his verified answer, failed to rebut the presumption of proper service. They failed to specifically refute the contents of Petitioner's affidavit of service. The Court first notes that Kleiner, except for how many floors the service address contains, does not refute any of the assertions made by the process server. Kleiner does not deny: (1) receiving service of the documents; (2) the date and time the process server posted the documents to the service address; (3) that the process server posted the documents to the glass door at the service address; (4) that the glass door has a black frame; (5) that near the door is a silver intercom; (6) that an individual refused to accept the document's service; or (7) that located at the service address are cream and gray walls with gray flooring.

---

[1] Sando Realty Corp v. Joram J. Aris, et al., 209 A.D.2d 682 (App Div. 2nd Dept.,1994).
[2] Id.; See also 157 Broadway Associates LLC, v. Eduard, 28 Misc. 3d 140(A)
[3] European American Bank v. Abramoff, 201 A.D.2d 611 (App Div. 2nd Dept., 1994).
[4] Id.
[5] See Petitioner's Affidavit of Service (NYSCEF Doc. # 11).
[6] Id.
[7] Id.
[8] Id.
[9] Id.
[10] Id.
[11] Id.

[* 2]

Kleiner argues improper service because the process server served the documents at the "**7th floor** [of the] building."[12] To support his argument Kleiner submits a picture of the service address elevator's buttons, which shows floors C, 1, 2, 3, 4, 5, and 6.[13] Next Kleiner submits a picture of the service address' directory, which allegedly "shows there is a basement, 4D, 5D, 6D and 6A, but there is no 7."[14] Kleiner concludes since there is no 7th floor at the service address, the process server's claim of proper service is defective. Kleiner's argument lacks merit.

Kleiner mischaracterizes the process server's affidavit. The process server does not affirm that he served the documents on the 7th floor as argued by Kleiner. The process server's affidavit states that he posted the documents to a "seven floor building glass door black frame silver intercom." He posted the documents at the building's entrance door. His description of the service address having seven floors, does not support Kleiner's claim that he served the documents on the 7th floor. In fact, Respondents picture of the service address elevator's buttons supports the process server's claim that the service address indeed has seven floors.[15] The elevator's buttons show that there are seven floors including the cellar."[16] Additionally, Respondent's photo of the service address' directory, despite their claim, fails to demonstrate the service address lacks seven floors.[17] Furthermore, Respondents include a photo of the service address' entrance door.[18] The photo supports the process server's description of the entrance door, as a glass black framed door, and his description of a silver intercom system located at the service address' entrance.[19] Because Kleiner's claims fail to specifically refute the contents of the affidavit of service, the Court denies Kleiner's motion to dismiss without conducting a traverse hearing.

Kleiner next argues that the process server lacks credibility, because he served him at a second service address, known as 1866 58th Street, Brooklyn, NY 11204, and describe the second service address exactly as the service address.[20] However, this is an inaccurate claim by Kleiner. Though there are some commonalities between the description of the two service addresses, the description is not the same. The second service address is a 3-floor building as opposed to 7 floors. The process server describes a glass door with a brown wood frame as compared to a black framed glass door. They describe the wall being red brick and cream wall as compared to cream and grey walls. Kleiner does not specifically deny the description of the second service address, but simply wants the court to make the conclusion that since the description of the building are "exact" the process server must be untruthful.[21] The court is unconvinced by Kleiner's arguments the process server lacks credibility, therefore the Court denies Respondents' motion to dismiss without a traverse hearing.

Kleiner finally argues, that the management office is located at apartment 4D and the owners at apartment 5D of the service address.[22] Respondent argues that the process server never

---

[12] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 28 (emphasis added).
[13] See NYSCEF Exhibit B (NYSCEF Doc. # 17).
[14] See NYSCEF Exhibit C (NYSCEF Doc. # 18).
[15] See NYSCEF Exhibit B (NYSCEF Doc. # 17).
[16] Id.
[17] See NYSCEF Exhibit C (NYSCEF Doc. # 18).
[18] Id.
[19] Id.
[20] See Respondents' Affirmation in Opposition to Cross-Motion for Partial Summary Judgment (NYSCEF Doc. # 33), at ¶ 33.
[21] Id.
[22] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 31.

[* 3]

served or mailed the documents to apartment 4D and 5D respectively.[23] However this argument lacks merit. It is undisputed by Kleiner that the subject premises' registered address with DHPD is the service address without any apartment, suite or room number indicated.[24] Respondent may not argue improper service at the registered address with DHPD, when they have submitted either an inaccurate or incomplete registration statement.[25] Therefore, Respondents' motion to dismiss is denied.

### Partial Summary Judgment for an Order To Correct

CPLR § 409(b) states "the court shall make a summary determination upon the pleadings, papers and admissions to the extent that no triable issue of fact are raised." A proceeding under CPLR § 409(b) "is subject to the same standards and rules of decision as apply on a motion for summary judgment"[26] Unlike a plenary action the petition in a special proceeding "must be accompanied by competent evidence raising a material issue of fact." The petition shall be supported by affidavits, the pleadings and by other available proof.[27] The affidavit supporting the motion must be by a "person having knowledge of the facts."[28] Alternatively, an attorney's affirmation based on documentary evidence is also sufficient to comply with the requirements of summary judgment.[29]

The petitioner has the initial burden to establish a prima facie showing of entitlement to judgment as a matter of law.[30] The petitioner must tender sufficient evidence to demonstrate the absence of any material issues of fact.[31] The court should deny the motion if the petitioner fails to make the prima facie showing, regardless of the merits of the opposing papers.[32] If, however, the petitioner establishes a prima facie showing, the burden shifts to the opposing party that there exists material issues of facts which require a need for trial.[33] The opposing party must produce evidentiary proof that material issues of facts exist.[34] General denials are insufficient to raise triable issues of facts.[35]

Additionally, CPLR § 409(b) states that the court may make any orders permitted on a motion for summary judgment. This provision authorizes the court to make partial

---

[23] Id.

[24] See Multiple Dwelling Registration (NYSCEF Doc. # 31).

[25] See Dep't of Hous. Pres. & Dev. Of City of N.Y. v. Barrett, 20 Misc. 3d 135 (A) (App. Term 1st Dep't, 2008)

[26] Karr v. Black, 55 A.D.3d 82, 86 (N.Y. App. Div. 1st Dep't 2008); See also Friends World College v. Nicklin, 249 A.D.2d 393, 394 (N.Y. App. Div. 2d Dep't 1998) ("In a special proceeding, where no triable issues of fact are raised, the court must make a summary determination on the pleadings and papers submitted as if a motion for summary judgment were before it").

[27] Id.

[28] Id.

[29] See Alvarez v. Prospect Hosp., 68 N.Y.2d 320, 325 (N.Y. 1986).

[30] Id., at 324.

[31] Id.

[32] Id.

[33] Id.

[34] Id.

[35] See Iandoli v. Lange, 35 A.D.2d 793, 793 (App. Div. 1st Dep't 1970); See also Gould v. McBride, 36 A.D.2d 706, 706-707 (N.Y. App. Div. 1st Dep't 1971) stating (a general denial, without more, will not suffice to raise an issue of fact).

determinations on one or more causes of action, or as great a portion of the case as possible.[36] Furthermore, the Court, if a trial is necessary, may "make an order in nature of a pre-trial order which would specify the issues to be tried, define the scope of trial and remove from the case facts which are not disputed or which are incontrovertible."[37] Finally, pursuant to New York City Civil Court Act § 110 (c), "Regardless of the relief originally sought by a party the court may recommend or employ any remedy, program, procedure or sanction authorized by law for the enforcement of housing standards, if it believes they will be more effective to accomplish compliance or to protect and promote the public interest."

To establish a prima-facie case for an order to correct under HMC 27-2115 (h)(1), the petitioner must establish that conditions constituting violations exist at the subject premises. Under Multiple Dwelling Law § 328(3), a violation issued by DHPD is presumptive evidence that said violation exists and courts "shall take judicial notice thereof as if same were certified as true under the seal and signature of the commissioner of that department." Petitioner has established a prima facie case for an order to correct (OTC). As of this writing, there are 96 open housing code violations at the subject premises.[38]

There are few defenses to an OTC.[39] "The few defenses to an order to correct include lack of standing or jurisdiction, completed repairs, conditions are not code violations, notice of violation is facially insufficient, Respondents are no longer the owner, and economic infeasibility."[40]

Respondents have asserted numerous defenses to this proceeding; however, most fail to provide a defense to an OTC. Respondents' first, second, fourth, fifth, eighth, ninth, eleventh, and thirteenth affirmative defenses raises several iterations of Petitioner's failure to properly serve Respondents the notice of violations.[41] Failure to properly serve the notice of violation is not a defense to an OTC.[42] Respondents' third affirmative defense assets that Petitioner has failed to plead with particularity the section of the various codes relevant to this matter.[43] However, a review of Petitioner's Order to Show Cause, shows that Petitioner has specifically pled numerous code provisions which they allege Respondents violated.[44] Respondents' sixth and seventh affirmative defense, a defective ad damnun clause, and laches defense respectively are not defenses to an OTC.[45] Respondents' fifteenth, twenty-fourth and twenty-fifth affirmative defenses, Respondents allege DHPD's false certification notices are defective.[46] If such defects exist, this would be a defense to DHPD's claims for civil penalties, but again not a defense to an OTC. Respondents' eighteenth through twenty-second affirmative defenses are defenses raised against DHPD's claim for harassment and are not applicable to an OTC.[47] Respondents' twenty-

---

[36] See Vincent C. Alexander's Practice Commentaries on CPLR 409, McKinney's Consolidated Laws of New York Annotated, Book 7B, quoting N.Y.Adv.Comm. on Prac. & Proc., Third Prelim. Rep., Legis.Doc.No.17, p.160 (1959).
[37] Id.
[38] See Exhibit A, as attached.
[39] See D'Agostino v. Forty-Three E. Equities Corp., 12 Misc. 3d 486, 489-490.
[40] Id.
[41] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 4-10, ¶ 14-16, ¶ 20-23, ¶ 26-27, ¶ 32-37.
[42] See D'Agostino v. Forty-Three E. Equities Corp., 12 Misc. 3d 486, 489-490.
[43] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 11-13.
[44] See DHPD's Verified Petition (NYSCEF Doc. # 1); See also D'Agostino v. Forty-Three E. Equities Corp., 12 Misc. 3d 486, 489-490.
[45] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 17-19.
[46] Id., at ¶ 56-61.
[47] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 48-63.

[* 5]

third affirmative defense which is a defense to a claim for civil contempt, is not a defense to an OTC.[48] Respondents' twenty-sixth affirmative defense which is a claim that the statute of limitation has expired is also not a defense to an OTC.[49] Regarding Respondents' twelfth and sixteenth affirmative defense, Respondents claim that this court lacks personal jurisdiction over them.[50] Though this claim is a defense to an OTC, Petitioner properly served each Respondents the commencement papers as detailed above. Regarding Respondents' fourteenth affirmative defense, Respondents claim they corrected the violations, and any violations they did not correct was due to their inability to gain access.[51] Lack of access is not a defense to an OTC.[52] Respondents claim of correction is a legally conclusory statement. Respondents failed to allege any facts that support their claim that they cured any violation. The self-serving statement of an owner's claims of correction is unable to rebut the presumption created by a DHPD issued housing code violation.[53] "To permit a property owner to come into court and merely testify that the violations were removed, without any supporting evidence, would vitiate the impact of the Housing Code … of this city and render it meaningless."[54] In contrast, Respondents' seventeenth affirmative defense, raises several violations which they certified as corrected.[55] A current review of DHPD's Violation Summary Report shows none of these violations are open. As such, the Court shall not issue an OTC for these certified violations. Finally, regarding Respondents' tenth affirmative defense, Respondents claim that Respondent Yonah Roth ("Roth") no longer works for the corporate owner.[56] This claim as to Roth creates a triable issue of fact as to whether this court should issue an OTC against him.

Accordingly, pursuant to CPLR § 409(b), the Court shall issue an order to correct. Respondents 337-341 East 146 Realty LLC, Mott Haven Group LLC, David Kleiner, and Sam Scheiner must correct all violations of record as listed on DHPD's Violation Summary Report dated April 9, 2025, as attached as Exhibit A.[57] Respondents must correct all class "C" violations within 21 days, all class "B" violations within 30 days, and all class "A" violations within 90 days from the filing of this Decision/Order upon NYSCEF. Respondents must comply with 28 RCNY 25-101, when seeking access to Petitioner's apartment to make the required repairs. Respondents must comply with all city rules and regulations, including the city's building, housing and health codes, when abating the violations of record. Finally, the repairs must be conducted in a workmanlike fashion. Respondents' failure to correct the above violations may subject them to civil penalties pursuant to HMC § 27-2115 and contempt. Upon default, any party, can move for appropriate relief including civil penalties and contempt.

---

[48] Id., at ¶ 64-65.

[49] Id., at ¶ 80.

[50] Id., at ¶ 28-31, and ¶ 44-45.

[51] Id., at ¶ 38-40.

[52] See D'Agostino v. Forty-Three E. Equities Corp., 12 Misc. 3d 486, 489-490.

[53] See Department of Hous. Preservation & Dev. v. Knoll, 120 Misc. 2d 813, 814; See also Department of Hous. Preservation & Dev. V. Vaveris, Dodeka Realty, 20 HCR 370B, N.Y.L.J., June 16, 1992, at 36, col.6 (App. Term 2d Dep't 2d & 11th Jud. Dists.)

[54] Id.

[55] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 46-47; See also Exhibit E (NYSCEF Doc. # 20).

[56] See Respondents' Verified Answer (NYSCEF Doc. # 15), at ¶ 24-25.

[57] See New York City Civil Court Act § 110 (c) (holding "regardless of the relief originally sought by a party the court may recommend or employ any remedy, program, procedure or sanction authorized by law for the enforcement of housing standards, if it believes they will be more effective to accomplish compliance or to protect and promote the public interest.")

## Conclusion

Based on the foregoing, the Court denies Respondents' motion to dismiss. Pursuant to CPLR § 409(b) the Court grants Petitioner's motion for partial summary judgment requiring Respondents to correct outstanding violations as indicated above. The Court also finds that there exist triable issues of fact regarding whether Respondent Yonah Roth is currently an owner as defined by the HMC subjecting them to an OTC. This matter is adjourned to **May 7, 2025, at 9:30 AM** for a pretrial conference on Petitioner's remaining claims not adjudicated by this order.

This constitutes the decision and order of the Court.

Dated: April 9, 2025
New York, NY

_____
Travis J. Arrindell, JHC

# EXHIBIT A



# 337 East 146 Street, Bronx, 10451

Generated on 04/09/2025

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 215262 | 335-337 | 2000883 | 2329 | 96 | 65 |
| STORIES | A UNITS | B UNITS | CD | CLASS | OWNERSHIP | BUILDING ID |
| 5 | 28 | 0 | 1 | B | PVT | 63479 |

## Property Owner Registration Information

Registration Expiry Date  09/01/2025          Last Registration Date    08/15/2024

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | Heman Lefkowitz | POB 319 null, Brooklyn, 11204 |
| Corporation | 337-341 EAST 146 REALTY LLC- | | POB 319 null, Brooklyn, 11204 |
| Managing Agent | - | Joshua Pomerantz | POB 319 null, Brooklyn, 11204 |

## Open Violations (96) A=12, B=40, C=44, I=0

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 11959092 | B | 569 | 7 | 2 | 09/03/2017 | 09/07/2017 |
| 5843253 | ORIGINAL | 10/12/2017 | 10/26/2017 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2018 admin. code: abate the nuisance consisting of mice located at apt 7, 2nd story, 2nd apartment from east at south | | | | | | |
| 12274088 | B | 550 | 27 | 5 | 03/06/2018 | 03/12/2018 |
| 6036270 | ORIGINAL | 04/16/2018 | 04/30/2018 | 1 NO ACCESS | 12/02/2023 | - |
| § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at ceiling in the bathroom located at apt 27, 5th story, 2nd apartment from north at east | | | | | | |
| 12285392 | B | 510 | 12 | 2 | 03/13/2018 | 03/19/2018 |
| 6043061 | ORIGINAL | 04/23/2018 | 05/07/2018 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 adm code & 309 m/d law  abate the nuisance consisting of extension cord stapled to west wall  and running to north wall in danger of creating fire hazard  in the  4th room  from east located at apt 12, 2nd story, 1st apartment from north at east | | | | | | |
| 12285396 | B | 569 | 12 | 2 | 03/13/2018 | 03/15/2018 |
| 6039937 | ORIGINAL | 04/19/2018 | 05/03/2018 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2018 admin. code:  abate the nuisance consisting of mice located at apt 12, 2nd story, 1st apartment from north at east | | | | | | |

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 12457415 | B | 550 | 7 | 2 | 06/29/2018 | 07/03/2018 |
| 6130041 | ORIGINAL | 08/07/2018 | 08/21/2018 | DEFECT LETTER | 11/23/2023 | - |
| § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... approximately 18 sq.ft at west wall, south wall in the bathroom located at apt 7, 2nd story, 2nd apartment from east at south | | | | | | |
| 12487561 | B | 569 | 12 | 2 | 07/19/2018 | 07/23/2018 |
| 6146400 | ORIGINAL | 08/27/2018 | 09/10/2018 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 12, 2nd story, 2nd apartment from south at west | | | | | | |
| 13226064 | A | 556 | 6 | 1 | 08/13/2019 | 08/15/2019 |
| 6572904 | ORIGINAL | 11/18/2019 | 12/02/2019 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department ceiling in the kitchen located at apt 6, 1st story, 1st apartment from south at west | | | | | | |
| 13226049 | A | 502 | 6 | 1 | 08/13/2019 | 08/15/2019 |
| 6572904 | ORIGINAL | 11/18/2019 | 12/02/2019 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective ceramic floor tiles, at walk area in the bathroom located at apt 6, 1st story, 1st apartment from south at west | | | | | | |
| 13226053 | B | 583 | 6 | 1 | 08/13/2019 | 08/15/2019 |
| 6572905 | ORIGINAL | 09/19/2019 | 10/03/2019 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the kitchen located at apt 6, 1st story, 1st apartment from south at west | | | | | | |
| 13226068 | C | 569 | 6 | 1 | 08/13/2019 | 08/15/2019 |
| 6572907 | ORIGINAL | 09/05/2019 | 09/10/2019 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 6, 1st story, 1st apartment from south at west | | | | | | |
| 13879231 | C | 618 | 30 | - | 11/03/2020 | 11/04/2020 |
| 6997254 | ORIGINAL | 11/08/2020 | 11/13/2020 | NOV SENT | 11/04/2020 | - |
| § 27-2056.7 adm code: correct failure to provide to the department within 45 days of demand all records required to be maintained by owner pursuant to local law 1 of 2004 related to lead-based paint notices, inspections and remediation/abatement activities. | | | | | | |
| 13884157 | C | 568 | 29 | 5 | 11/06/2020 | 11/09/2020 |
| 7000327 | ORIGINAL | 12/05/2020 | 12/10/2020 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |

[* 10]

## 337 East 146 Street, Bronx, 10451

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14027939 | C | 569 | 7 | 2 | 02/09/2021 | 02/17/2021 |
| 7090876 | ORIGINAL | 03/15/2021 | 03/20/2021 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 7, 2nd story, 2nd apartment from north at east | | | | | | |
| 14027945 | C | 568 | 7 | 2 | 02/09/2021 | 02/17/2021 |
| 7090876 | ORIGINAL | 03/15/2021 | 03/20/2021 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 7, 2nd story, 2nd apartment from north at east | | | | | | |
| 14517107 | C | 568 | 4 | 1 | 08/25/2021 | 08/26/2021 |
| 7453541 | ORIGINAL | 09/21/2021 | 09/26/2021 | NOT COMPLIED | 12/02/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches located at apt 4, 1st story, 1st apartment from west at north | | | | | | |
| 14596271 | C | 568 | 18 | 3 | 09/28/2021 | 09/30/2021 |
| 7495892 | ORIGINAL | 10/26/2021 | 10/31/2021 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches located at apt 18, 3rd story, 1st apartment from south at west | | | | | | |
| 14762928 | C | 568 | 12 | 2 | 01/09/2022 | 01/10/2022 |
| 7600977 | ORIGINAL | 02/05/2022 | 02/10/2022 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 12, 2nd story, 1st apartment from south at west | | | | | | |
| 14779624 | C | 569 | 12 | 2 | 01/13/2022 | 01/18/2022 |
| 7608055 | ORIGINAL | 02/13/2022 | 02/18/2022 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 14829214 | B | 508 | 12 | 2 | 02/09/2022 | 02/10/2022 |
| 7634913 | ORIGINAL | 03/17/2022 | 03/31/2022 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at west wall in the kitchen located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 14829212 | C | 569 | 12 | 2 | 02/09/2022 | 02/10/2022 |
| 7634914 | ORIGINAL | 03/08/2022 | 03/13/2022 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |

Page 3 of 13

[* 11]



**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14829215 | B | 508 | 12 | 2 | 02/09/2022 | 02/10/2022 |
| 7634913 | ORIGINAL | 03/17/2022 | 03/31/2022 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at    north wall, south wall in the  bathroom  located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 14829271 | A | 556 | 12 | 2 | 02/09/2022 | 02/10/2022 |
| 7634912 | ORIGINAL | 05/16/2022 | 05/30/2022 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2013 adm code  paint with light colored paint to the satisfaction of this department  all peeling paint surfaces in  the kitchen , the bathroom   located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 15282162 | C | 670* | 12 | 2 | 07/28/2022 | 07/29/2022 |
| 7987294 | ORIGINAL | 07/29/2022 | 08/10/2022 | NOT COMPLIED | 11/25/2023 | - |
| § 27-2031 adm code  provide hot water at all hot water fixtures in the  entire apartment  located at apt 12, 2nd story, 1st apartment from south at west | | | | | | |
| 15418045 | C | 569 | 12 | 2 | 10/06/2022 | 10/11/2022 |
| 8066112 | ORIGINAL | 11/06/2022 | 11/11/2022 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the  entire apartment  located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 15418161 | C | 568 | 12 | 2 | 10/06/2022 | 10/11/2022 |
| 8066112 | ORIGINAL | 11/06/2022 | 11/11/2022 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 12, 2nd story, 1st apartment from west at north | | | | | | |
| 15411518 | A | 556 | - | 1 | 10/07/2022 | 10/11/2022 |
| 8066107 | ORIGINAL | 01/14/2023 | 01/28/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2013 adm code  paint with light colored paint to the satisfaction of this department at ceiling   at public hall, 1st story | | | | | | |
| 15488338 | C | 568 | 4 | 1 | 11/10/2022 | 11/14/2022 |
| 8147240 | ORIGINAL | 12/10/2022 | 12/15/2022 | NOT COMPLIED | 12/02/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 4, 1st story, 1st apartment from east at south | | | | | | |
| 15585501 | B | 550 | 12 | 2 | 11/26/2022 | 11/28/2022 |
| 8199564 | ORIGINAL | 01/02/2023 | 01/16/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... approx 2 sqft at west wall  in the bathroom  located at apt 12, 2nd story, 1st apartment from south at west original violation 15282164 issued  28-jul-22 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b). | | | | | | |

[* 12]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

Department of
Housing Preservation
& Development

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15596559 | C | 670* | 12 | 2 | 12/06/2022 | 12/12/2022 |
| 8214780 | ORIGINAL | 12/07/2022 | 12/19/2022 | NOT COMPLIED | 11/25/2023 | - |

§ 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north

| 15596563 | C | 568 | 12 | 2 | 12/06/2022 | 12/08/2022 |
|---|---|---|---|---|---|---|
| 8212355 | ORIGINAL | 01/03/2023 | 01/08/2023 | NOT COMPLIED | 11/23/2023 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north

| 15596561 | C | 569 | 12 | 2 | 12/06/2022 | 12/08/2022 |
|---|---|---|---|---|---|---|
| 8212355 | ORIGINAL | 01/03/2023 | 01/08/2023 | NOT COMPLIED | 11/23/2023 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north

| 15610839 | C | 670* | 12 | 2 | 12/14/2022 | 12/15/2022 |
|---|---|---|---|---|---|---|
| 8219215 | ORIGINAL | 12/15/2022 | 12/27/2022 | NOT COMPLIED | 11/25/2023 | - |

§ 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 12, 2nd story, 1st apartment from south at west

| 16067738 | C | 569 | 7 | 2 | 06/29/2023 | 06/30/2023 |
|---|---|---|---|---|---|---|
| 8542295 | ORIGINAL | 07/26/2023 | 07/31/2023 | NOT COMPLIED | 11/23/2023 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 7, 2nd story, 2nd apartment from east at south

| 16067737 | C | 568 | 7 | 2 | 06/29/2023 | 06/30/2023 |
|---|---|---|---|---|---|---|
| 8542295 | ORIGINAL | 07/26/2023 | 07/31/2023 | NOT COMPLIED | 11/23/2023 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 7, 2nd story, 2nd apartment from east at south

| 16119266 | A | 556 | 7 | 2 | 06/29/2023 | 07/21/2023 |
|---|---|---|---|---|---|---|
| 8567942 | ORIGINAL | 10/24/2023 | 11/07/2023 | NOV SENT | 07/21/2023 | - |

§ 27-2013 adm code paint with light colored paint to the satisfaction of this department the north wall in the bathroom located at apt 7, 2nd story, 2nd apartment from east at south

| 16078295 | C | 617 | 7 | 2 | 06/29/2023 | 06/30/2023 |
|---|---|---|---|---|---|---|
| 8542293 | ORIGINAL | 07/24/2023 | 07/29/2023 | OPEN | 11/15/2023 | - |

§ 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) ceiling in the foyer located at apt 7, 2nd story, 2nd apartment from east at south


HPD ONLINE

[* 13]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16123239 | B | 501 | - | 1 | 07/26/2023 | 07/31/2023 |
| 8578310 | ORIGINAL | 09/04/2023 | 09/18/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective mail box number 29 at public hall, 1st story | | | | | | |
| 16122535 | A | 556 | - | 5 | 07/26/2023 | 07/27/2023 |
| 8574850 | ORIGINAL | 10/30/2023 | 11/13/2023 | NOV SENT | 07/27/2023 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at ceiling at public hall, 5th story | | | | | | |
| 16122524 | C | 568 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574854 | ORIGINAL | 08/22/2023 | 08/27/2023 | NOT COMPLIED | 11/23/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122525 | B | 501 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574853 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 1st room from north at west located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122530 | B | 501 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574853 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical outlet at south wall in the kitchen located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122526 | B | 501 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574853 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 1st room from north at east located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122529 | B | 501 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574853 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the kitchen located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122531 | B | 501 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574853 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective spring balance at lower window sash in the bathroom located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16122534 | B | 502 | - | 5 | 07/26/2023 | 07/27/2023 |
| 8574852 | ORIGINAL | 08/31/2023 | 09/14/2023 | NOT COMPLIED | 11/23/2023 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective fire retardant material at ceiling at public hall, 5th story | | | | | | |

Page 6 of 13

[* 14]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16122532 | A | 553 | 29 | 5 | 07/26/2023 | 07/27/2023 |
| 8574851 | ORIGINAL | 10/30/2023 | 11/13/2023 | NOV SENT | 07/27/2023 | - |
| § 27-2011 adm code  cleanse to the satisfaction of this department the mold on grout around bathtub at east and south walls in the  bathroom  located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16237132 | B | 552 | - | Yards / Courts | 09/20/2023 | 09/21/2023 |
| 8646601 | ORIGINAL | 10/26/2023 | 11/09/2023 | NOV SENT | 09/21/2023 | - |
| § 27-2010, 2011, 2012 adm code  remove the accumulation of refuse and/or rubbish and maintain in a clean condition the household items and rubbish at rear  yard | | | | | | |
| 16237134 | C | 569 | - | 1 | 09/20/2023 | 09/21/2023 |
| 8646602 | ORIGINAL | 10/17/2023 | 10/22/2023 | NOV SENT | 09/21/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice at public hall, 1st story | | | | | | |
| 16237133 | C | 568 | - | 1 | 09/20/2023 | 09/21/2023 |
| 8646602 | ORIGINAL | 10/17/2023 | 10/22/2023 | NOV SENT | 09/21/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches at public hall, 1st story | | | | | | |
| 16279564 | B | 702 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2045 adm code  repair or replace the smoke detector  inoperable in the  entire apartment  located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279562 | C | 569 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667475 | ORIGINAL | 10/30/2023 | 11/04/2023 | NOI SENT | 10/04/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the  entire apartment  located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279563 | C | 568 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667475 | ORIGINAL | 10/30/2023 | 11/04/2023 | NOI SENT | 10/04/2023 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279561 | B | 502 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2005 adm code  properly repair with similar material the broken or defective ceramic tiled east wall  in the  bathroom located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279554 | B | 508 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at       ceiling in the  1st room  from north at west located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |

[* 15]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16279560 | B | 742* | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2070 adm code provide an adequate supply of gas to the fixtures at range in the kitchen located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279565 | B | 1503 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperable in the entire apartment located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16279551 | B | 508 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at south wall in the bathroom located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16284046 | B | 508 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at west wall, south wall in the bathroom located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16289193 | C | 617 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667474 | ORIGINAL | 10/28/2023 | 11/02/2023 | CIV10 MAILED | 11/20/2023 | 10/30/2023 |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) baseboard at west wall in the bathroom located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16289192 | C | 617 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667474 | ORIGINAL | 10/28/2023 | 11/02/2023 | CIV10 MAILED | 11/20/2023 | 10/30/2023 |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) east wall in the 2nd room from north at west located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16289189 | C | 617 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667474 | ORIGINAL | 10/28/2023 | 11/02/2023 | CIV10 MAILED | 11/20/2023 | 10/30/2023 |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall in the 1st room from north at west located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |
| 16284044 | B | 508 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at north wall, south wall, ceiling in the 2nd room from north at west located at apt 29, 5th story, 2nd apartment from south at west | | | | | | |



[* 16]



### 337 East 146 Street, Bronx, 10451
Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16284042 | B | 508 | 29 | 5 | 10/03/2023 | 10/04/2023 |
| 8667473 | ORIGINAL | 11/08/2023 | 11/22/2023 | NOV SENT | 10/04/2023 | - |

§ 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at        ceiling in the  1st room  from north at west located at apt 29, 5th story, 2nd apartment from south at west

| | | | | | | |
|---|---|---|---|---|---|---|
| 16348565 | B | 550 | 7 | 2 | 10/28/2023 | 10/30/2023 |
| 8705978 | ORIGINAL | 12/04/2023 | 12/18/2023 | 1 NO ACCESS | 04/04/2024 | - |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... 4 square feet at        north wall in the bathroom  located at apt 7, 2nd story, 2nd apartment from east at south original violation 16067725 issued  29-jun-23 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b).

| | | | | | | |
|---|---|---|---|---|---|---|
| 16448484 | C | 530 | - | All Stories | 11/20/2023 | 11/27/2023 |
| 8794474 | ORIGINAL | 12/11/2023 | 12/16/2023 | NOV SENT | 11/27/2023 | - |

§ 27-2005, 27-2007, 27-2041.1 hmc, §238, § 309; § 107 (2) ( c) mdl and 28 rcny §25-171: replace or repair the self-closing doors that is missing or defective  the east 1 hallway door at all stories (missing)  at public hall

| | | | | | | |
|---|---|---|---|---|---|---|
| 16580691 | A | 556 | 8 | 2 | 11/20/2023 | 01/08/2024 |
| 8879290 | ORIGINAL | 04/12/2024 | 04/26/2024 | CIV10 MAILED | 06/28/2024 | 04/26/2024 |

§ 27-2013 adm code  paint with light colored paint to the satisfaction of this department the        ceiling,        west wall in the  kitchen  located at apt 8, 2nd story, 1st apartment from east at south

| | | | | | | |
|---|---|---|---|---|---|---|
| 16448444 | B | 583 | 18 | 3 | 11/20/2023 | 11/27/2023 |
| 8794465 | ORIGINAL | 01/01/2024 | 01/15/2024 | 1 NO ACCESS | 07/10/2024 | 01/15/2024 |

§ 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak over the ceiling  in the  bathroom located at apt 18, 3rd story, 1st apartment from south at west

| | | | | | | |
|---|---|---|---|---|---|---|
| 16448472 | C | 790 | 29 | 5 | 11/20/2023 | 11/27/2023 |
| 8794469 | ORIGINAL | 12/23/2023 | 12/28/2023 | 1 NO ACCESS | 06/27/2024 | 12/24/2023 |

§ 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. vwg to install = 0; wg to replace = 4; wg to repair = 3;        in the entire apartment  located at apt 29, 5th story, 2nd apartment from south at west

| | | | | | | |
|---|---|---|---|---|---|---|
| 16448455 | C | 568 | 29 | 5 | 11/20/2023 | 11/27/2023 |
| 8794473 | ORIGINAL | 12/23/2023 | 12/28/2023 | 1 NO ACCESS | 06/27/2024 | 12/24/2023 |

hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 29, 5th story, 2nd apartment from south at west

| | | | | | | |
|---|---|---|---|---|---|---|
| 16447839 | B | 550 | 6 | 1 | 11/20/2023 | 11/24/2023 |
| 8784464 | ORIGINAL | 12/29/2023 | 01/12/2024 | 1 NO ACCESS | 04/04/2024 | - |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling approx 7 sq ft, at east wall approx 5 sq ft  in the  bathroom  located at apt 6, 1st story, 1st apartment from south at west



[* 17]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16447880 | B | 550 | 12 | 2 | 11/20/2023 | 11/27/2023 |
| 8794467 | ORIGINAL | 01/01/2024 | 01/15/2024 | DEFECT LETTER | 04/04/2024 | - |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling approx 5 sq ft, at east wall approx 10 sq ft, at west wall approx 12 sq ft in the bathroom located at apt 12, 2nd story, 1st apartment from south at west

| 16448670 | C | 550 | 12 | 2 | 11/20/2023 | 11/24/2023 |
|---|---|---|---|---|---|---|
| 8784465 | ORIGINAL | 12/20/2023 | 12/25/2023 | NOI SENT | 11/24/2023 | - |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at north wall in the bathroom located at apt 12, 2nd story, 1st apartment from west at north original violation 15596565 issued 06-dec-22 has been upgraded to class c per administrative code §27-2017.3a(5)(a) or (b).

| 16531249 | B | 502 | - | Roof | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850591 | ORIGINAL | 01/22/2024 | 02/05/2024 | NOV SENT | 12/18/2023 | - |

§ 27-2005 adm code properly repair with similar material the broken or defective metal cornice at exterior wall at building front.

| 16531314 | A | 561 | - | Fire Escape | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850589 | ORIGINAL | 03/22/2024 | 04/05/2024 | NOV SENT | 12/18/2023 | - |

§ 27-2014 adm code and dept. rules and regulations. scrape and remove rust scales and paint with 2 coats of paint at fire escape located at building front exterior wall.

| 16522276 | B | 593* | 21 | 4 | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850593 | ORIGINAL | 01/22/2024 | 02/05/2024 | CERT INVALID | 02/05/2024 | 02/05/2024 |

§ 27-2026 adm code repair the flushing apparatus and maintain same so as to flush effectively the water closet bowl in the bathroom located at apt 21, 4th story, 2nd apartment from north at east

| 16522277 | B | 502 | 21 | 4 | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850593 | ORIGINAL | 01/22/2024 | 02/05/2024 | CERT INVALID | 02/05/2024 | 02/05/2024 |

§ 27-2005 adm code properly repair with similar material the broken or defective wood door at the entrance in the 1st room from north located at apt 21, 4th story, 2nd apartment from north at east

| 16522280 | B | 501 | 21 | 4 | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850593 | ORIGINAL | 01/22/2024 | 02/05/2024 | CERT INVALID | 02/05/2024 | 02/05/2024 |

§ 27-2005 hmc: properly repair or replace the broken or defective electrical outlet at north wall in the kitchen located at apt 21, 4th story, 2nd apartment from north at east

| 16522278 | B | 508 | 21 | 4 | 12/15/2023 | 12/18/2023 |
|---|---|---|---|---|---|---|
| 8850593 | ORIGINAL | 01/22/2024 | 02/05/2024 | CERT INVALID | 02/05/2024 | 02/05/2024 |

§ 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the 1st room from north located at apt 21, 4th story, 2nd apartment from north at east

[* 18]

### 337 East 146 Street, Bronx, 10451

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16522281 | B | 502 | 21 | 4 | 12/15/2023 | 12/18/2023 |
| 8850593 | ORIGINAL | 01/22/2024 | 02/05/2024 | CERT INVALID | 02/05/2024 | 02/05/2024 |
| § 27-2005 adm code  properly repair with similar material the broken or defective ceramic floor tiles  in the  bathroom  located at apt 21, 4th story, 2nd apartment from north at east | | | | | | |
| 16531868 | C | 530 | - | 1 | 12/16/2023 | 12/18/2023 |
| 8850597 | ORIGINAL | 01/01/2024 | 01/06/2024 | NOV SENT | 12/18/2023 | - |
| § 27-2005, 27-2007, 27-2041.1 hmc, §238, § 309; § 107 (2) ( c) mdl and 28 rcny §25-171: replace or repair the self-closing doors that is missing or defective  missing fire door  at public hall, 1st story | | | | | | |
| 16531867 | B | 502 | - | 4 | 12/16/2023 | 12/18/2023 |
| 8850594 | ORIGINAL | 01/22/2024 | 02/05/2024 | NOV SENT | 12/18/2023 | - |
| § 27-2005 adm code  properly repair with similar material the broken or defective erroded bricks and mortar joints at west exterior wall , 4th story | | | | | | |
| 16531710 | A | 583 | 12 | 2 | 12/16/2023 | 12/18/2023 |
| 8850589 | ORIGINAL | 03/22/2024 | 04/05/2024 | NOV SENT | 12/18/2023 | - |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at south wall  in the  bathroom located at apt 12, 2nd story, 1st apartment from south at west | | | | | | |
| 16531856 | A | 556 | 12 | 2 | 12/16/2023 | 12/18/2023 |
| 8850589 | ORIGINAL | 03/22/2024 | 04/05/2024 | NOV SENT | 12/18/2023 | - |
| § 27-2013 adm code  paint with light colored paint to the satisfaction of this department at south wall  in the  bathroom located at apt 12, 2nd story, 1st apartment from south at west | | | | | | |
| 16531870 | C | 530 | - | 2 | 12/16/2023 | 12/18/2023 |
| 8850597 | ORIGINAL | 01/01/2024 | 01/06/2024 | NOV SENT | 12/18/2023 | - |
| § 27-2005, 27-2007, 27-2041.1 hmc, §238, § 309; § 107 (2) ( c) mdl and 28 rcny §25-171: replace or repair the self-closing doors that is missing or defective  missing fire door  at public hall, 2nd story | | | | | | |
| 16654340 | C | 790 | 14 | 3 | 02/02/2024 | 02/06/2024 |
| 8928846 | ORIGINAL | 03/03/2024 | 03/08/2024 | OPEN | 06/25/2024 | 03/08/2024 |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 3; wg to replace = 0; wg to repair = 0;        in the entire apartment  located at apt 14, 3rd story, 1st apartment from west at north | | | | | | |
| 16654341 | C | 568 | 14 | 3 | 02/02/2024 | 02/06/2024 |
| 8928847 | ORIGINAL | 03/03/2024 | 03/08/2024 | 1 NO ACCESS | 06/27/2024 | 03/08/2024 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 14, 3rd story, 1st apartment from west at north | | | | | | |



**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16749601 | B | 539 | - | Fire Escape | 03/11/2024 | 03/21/2024 |
| 8997059 | ORIGINAL | 04/25/2024 | 05/09/2024 | CIV10 MAILED | 06/28/2024 | 05/08/2024 |

§ 27-2005, 2007 adm code and dept. rules and regulations. remove the encumbrance obstructing egress from fire escapes household items at th story balcony at building front at fire escape

| 16780003 | B | 550 | 18 | 3 | 03/26/2024 | 03/26/2024 |
|---|---|---|---|---|---|---|
| 9004621 | ORIGINAL | 04/30/2024 | 05/14/2024 | NOT COMPLIED | 06/21/2024 | - |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling approx 2 sq ft in the bathroom located at apt 18, 3rd story, 1st apartment from south at west original violation 16448443 issued 20-nov-23 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b).

| 16819437 | A | 491 | - | 1 | 03/31/2024 | 04/08/2024 |
|---|---|---|---|---|---|---|
| 9045280 | ORIGINAL | 07/12/2024 | 07/26/2024 | NOV SENT | 04/08/2024 | - |

§ 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration storage enclosure created with metal gate installed under stairway soffit at public hall, 1st story

| 16819423 | C | 568 | 12 | 2 | 03/31/2024 | 04/04/2024 |
|---|---|---|---|---|---|---|
| 9040669 | ORIGINAL | 04/30/2024 | 05/05/2024 | NOI SENT | 04/04/2024 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north

| 16819424 | C | 569 | 12 | 2 | 03/31/2024 | 04/04/2024 |
|---|---|---|---|---|---|---|
| 9040669 | ORIGINAL | 04/30/2024 | 05/05/2024 | NOI SENT | 04/04/2024 | - |

hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 12, 2nd story, 1st apartment from west at north

| 16819438 | C | 671 | - | 1 | 03/31/2024 | 04/08/2024 |
|---|---|---|---|---|---|---|
| 9045282 | ORIGINAL | 04/14/2024 | 04/21/2024 | NOT COMPLIED | 06/27/2024 | 04/21/2024 |

§ 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system signage missing at public hall, 1st story

| 16861519 | C | 671 | - | 1 | 04/09/2024 | 04/15/2024 |
|---|---|---|---|---|---|---|
| 9090603 | ORIGINAL | 04/21/2024 | 04/28/2024 | NOT COMPLIED | 06/27/2024 | 04/28/2024 |

§ 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system signage missing at public hall, 1st story

| 17081992 | C | 671 | - | 1 | 06/26/2024 | 06/28/2024 |
|---|---|---|---|---|---|---|
| 9223285 | ORIGINAL | 07/04/2024 | 07/11/2024 | NOV SENT | 06/28/2024 | - |

§ 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system at public hall, 1st story

[* 20]

**337 East 146 Street, Bronx, 10451**

Generated on 04/09/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 17301219 | C | 618 | 15 | - | 09/24/2024 | 09/25/2024 |
| 9351578 | ORIGINAL | 09/29/2024 | 10/04/2024 | NOV SENT | 09/25/2024 | - |

§ 27-2056.7 adm code: correct failure to provide to the department within 45 days of demand all records required to be maintained by owner pursuant to local law 1 of 2004 related to lead-based paint notices, inspections and remediation/abatement activities.

| 17301220 | C | 619 | 15 | - | 09/24/2024 | 09/25/2024 |
|---|---|---|---|---|---|---|
| 9351578 | ORIGINAL | 09/29/2024 | 10/04/2024 | NOV SENT | 09/25/2024 | - |

§ 27-2056.4 adm code- correct failure to notify occupants and/or to investigate lead-based paint hazards.

[* 21]